Raymond **RODRIGUEZ**, Petitioner-Appellant,

v.

**UNITED STATES of America,**
Respondent-Appellee.

No. 71–1322

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

July 14, 1971.

Julio **TORRES**, a/k/a Orejas, Petitioner-Appellant,

v.

**UNITED STATES of America,**
Respondent-Appellee.

No. 30828

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

July 14, 1971.

Raymond Rodriguez, pro se.

Anthony J. P. Farris, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The final order of the district court is reversed and the case is remanded with directions to vacate the judgment of conviction and sentence of the appellant for violation of 26 U.S.C. § 4744(a). Harrington v. United States, 5th Cir. 1971, 444 F.2d 1190. The mandate of this Court will issue forthwith.

Reversed and remanded, with directions.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

Julio Torres, pro se.

Robert W. Rust, U. S. Atty., Jose E. Martinez, Asst. U. S. Atty., Miami, Fla., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The final order of the district court is reversed and the case is remanded with directions to vacate the judgment of conviction and sentence of the appellant for violation of 26 U.S.C. § 4744(a). Harrington v. United States, 5th Cir. 1971, 444 F.2d 1190. The mandate of this Court will issue forthwith.

Reversed and remanded, with directions.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.